No. 98–8363. SMITH v. OHIO. Ct. App. Ohio, Cuyahoga County. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case

remanded for further consideration in light of *Lilly* v. *Virginia*, *ante*, p. 116.